# Third District Court of Appeal
## State of Florida

Opinion filed August 30, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1195
Lower Tribunal No. F92-27566B
_____

**Charles I. Cheatham,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Joseph Perkins, Judge.

Charles I. Cheatham, in proper person.

Ashley Moody, Attorney General, for appellee.

Before SCALES, LINDSEY, and GORDO, JJ.

PER CURIAM.

Affirmed.